THE HONORABLE JOHN C. COUGHENOUR

1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

9   WILLIAM RENJOIR,                          CASE NO. C13-1202-JCC

10                          Plaintiff,        ORDER DISMISSING CASE

11          v.

12

13   OFFICE OF THE UNITED NATIONS
     HIGH COMMISSIONER FOR
14   REFUGEES and NOBEL PRIZE
     COMMITTEE,
15
16                          Defendant.

17          This matter comes before the Court on the Report and Recommendation of the Honorable

18   James P. Donohue, U.S. Magistrate Judge (Dkt. No. 3). No objections to the Report have been

19   filed. The Court, after careful consideration of the plaintiff's complaint , the Report and

20   Recommendation, the balance of the record, and the governing law, does hereby find and

21   ORDER:

22          (1) The Report and Recommendation is ADOPTED and APPROVED.

23          (2) This case is DISMISSED with prejudice.

24          (3) Plaintiff's application to proceed *in forma pauperis* ("IFP"), Dkt. 1, is DENIED as

25   moot.

26          (4) The Clerk of the Court is directed to send copies of this order to Plaintiff and to the

1   Honorable James P. Donohue.

2          DATED this 19th day of August 2013.

John C. Coughenour
UNITED STATES DISTRICT JUDGE

ORDER DISMISSING CASE
PAGE - 2